# EXHIBIT 2

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

No. D-202-CV-2019-04515

TRINITY PEST CONTROL LLC and
CHARLES CARROLL,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

## **NOTICE OF REMOVAL**

TO THE CLERK OF THE FIRST JUDICIAL DISTRICT, COUNTY OF BERNALILLO:

PLEASE TAKE NOTICE that on July 11, 2019, Defendant Wells Fargo Bank, N.A. filed a Notice of Removal, a copy of which is attached as Exhibit A, removing this action in its entirety to the United States District Court for the District of New Mexico.

    Respectfully submitted,

    SNELL & WILMER L.L.P.

By: */s/ Gregory Marshall*
    Gregory J. Marshall
    Joshua Zimmerman
    400 E. Van Buren Street
    Phoenix, AZ 85004
    Telephone: (602) 382-6000
    gmarshall@swlaw.com
    jrzimmerman@swlaw.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

WE HEREBY CERTIFY that
a copy of the foregoing pleading was
submitted on July 11, 2019, to
Odyssey File & Serve for service on
the following counsel of record:

Chris M. Gatton, Esq.
GIDDENS & GATTON LAW, P.C.
10400 Academy NE, Suite 350
Albuquerque, NM 87111
chris@giddenslaw.com

*Attorneys for Plaintiff*


*/s/ Gregory Marshall*