# EXHIBIT 3

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

TRINITY PEST CONTROL LLC and CHARLES
CARROLL,

    Plaintiffs,

v.                                          Case No. D-202-CV-2019-04515

WELLS FARGO BANK, N.A.,

    Defendant.

## SIX PERSON JURY DEMAND

Plaintiff hereby requests that the trial of this matter be heard by a jury of six (6) persons.

Plaintiff hereby tenders to the Clerk of the District Court the sum of $150.00.

                          GIDDENS & GATTON LAW, P.C.

                          /s/ Chris M. Gatton,
                          Submitted electronically 6.11.19
                          10400 Academy NE, Suite 350
                          Albuquerque, NM 87111
                          Phone: 505-271-1053
                          Facsimile: 505-271-4848
                          Email: chris@giddenslaw.com
                          *Attorneys for Plaintiff*

FILED
2nd JUDICIAL DISTRICT COURT
Bernalillo County
6/11/2019 3:08 PM
James A. Noel
CLERK OF THE COURT
Latoya Grayes

FILED
2nd JUDICIAL DISTRICT COURT
Bernalillo County
6/11/2019 3:08 PM
James A. Noel
CLERK OF THE COURT
Latoya Grayes

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

TRINITY PEST CONTROL LLC and CHARLES
CARROLL,

    Plaintiffs,

v.                      Case No. __D-202-CV-2019-04515__

WELLS FARGO BANK, N.A.,

    Defendant.

## PLAINTIFF'S CERTIFICATION REGARDING ARBITRATION UNDER LR2-603

COME NOW Plaintiffs, by and through their counsel of record, Giddens & Gatton Law, P.C. (Chris M. Gatton), and hereby certify that:

[ ]    This case <u>is</u> subject to referral to arbitration under LR2-603. No party seeks relief other than a money judgment and no party seeks an award in excess of $25,000 inclusive of punitive damages, and exclusive of interest, costs and attorney's fees.

[X]    This case <u>is not</u> subject to referral to arbitration under LR2-603 because at least one party seeks relief other than a money judgment and/or at least one party seeks an award in excess of $25,000 inclusive of punitive damages and exclusive of interest, costs, and attorney's fees.

                          GIDDENS & GATTON LAW, P.C.

                          <u>/s/ Chris M. Gatton,</u>
                          Submitted electronically 6.11.19
                          10400 Academy NE, Suite 350
                          Albuquerque, NM 87111
                          Phone: 505-271-1053
                          Facsimile: 505-271-4848
                          Email: <u>chris@giddenslaw.com</u>
                          *Attorneys for Plaintiff*