**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

TRINITY PEST CONTROL LLC and CHARLES CARROLL,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

CASE NO.: 1:19-cv-00628-GJF-LF

**STIPULATION FOR EXTENSION OF TIME FOR WELLS FARGO BANK, N.A. TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiffs Trinity Pest Control and Charles Carroll, stipulate that Wells Fargo may have through and until September 2, 2019 to file its response to Plaintiffs' Complaint, and in support thereof state the following:

1. Plaintiffs served their Complaint on Wells Fargo on July 5, 2019, by mail, making Wells Fargo's response due August 5, 2019.

2. As Wells Fargo had previously received a copy of the Complaint, Wells Fargo sought to remove any ambiguity about when the response was due by filing a motion for extension on July 16, 2019, seeking an extension through and including August 1, 2019 to respond to the Complaint. Plaintiff concurred.

3. The parties have since agreed to informally share information and discuss resolution alternatives. To avoid the distraction of litigation, the parties seek a

further extension through and including September 1, 2019 for Wells Fargo to respond to the Complaint.

4. Pursuant to Local Rule D.N.M. LR-Civ. 7.1(a), Plaintiffs' counsel concurs with the relief requested.

For the foregoing reasons, the parties request an order extending Wells Fargo's deadline to respond to Plaintiffs' Complaint through and including September 2, 2019.

Dated this 24th day of July, 2019.

Respectfully Submitted,

SNELL & WILMER L.L.P.

By: *[/s/ Gregory J. Marshall](#)*
Gregory J. Marshall
400 E. Van Buren Street
Phoenix, AZ 85004
Telephone: (602) 382-6000
gmarshall@swlaw.com

GIDDENS & GATTON LAW, P.C.

By: *[/s/ Chris M. Gatton with permission](#)*
Chris M. Gatton, Esq.
10400 Academy NE, Suite 350
Albuquerque, NM 87111
chris@giddenslaw.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on July 24, 2019, I filed the foregoing document electronically through the CM/ECF system, and served the following counsel of record via e-mail:

Chris M. Gatton, Esq.
GIDDENS & GATTON LAW, P.C.
10400 Academy NE, Suite 350
Albuquerque, NM 87111
chris@giddenslaw.com
*Attorneys for Plaintiffs*

*s/Gregory J. Marshall*